MENASHE NACHSHON, Appellant, v VALLEY FORGE INSURANCE COMPANY, Respondent.

Special Term properly denied the plaintiff's motion for a protective order. In view of the defendant's arson defense and the fact that photographs and the visual representations of the subject premises which was damaged by fire can no longer be created, the defendant is entitled to disclosure of the plaintiff's individual and corporate income tax returns and his expert's photographs and other visual representations of the subject premises. Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.